**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) IRA LEE WILKINS,<br><br>Plaintiff,<br><br>vs.<br><br>(1) CITY OF TULSA, OKLAHOMA,<br>(2) OFFICER WILL MORTENSON,<br>(3) OFFICER ANGELA EMBERTON, and<br>(4) OFFICER RANGEL,<br><br>Defendants. | Case No. 19-cv-00069-TCK-JFJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff Ira Lee Wilkins, with consent of the Defendants, jointly stipulate to Plaintiff's voluntary dismissal with prejudice of Defendants Will Mortensen, Angela Emberton, and Edel Rangel in this case, pursuant to Fed. R. Civ. P. 41 (a) (a) (A) (ii).  Each of these parties to bear their own costs and attorney's fees.

**Attorneys for Plaintiff**

/s/ Bryon D. Helm
Robert M. Blakemore, OBA #18656
Daniel E. Smolen, OBA # 19943
Bryon D. Helm, OBA # 33003
SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, OK 74119
Telephone: (918) 5852667
Facsimile: (918) 585-2669
BobBlakemore@SSROK.com
DanielSmolen@SSROK.com
BryonHelm@SSROK.com

1

2

Consented to by
**Attorneys for Defendants**

/s/ T. Michelle McGrew
T. Michelle McGrew, OBA #20279
Kristina L. Gray, OBA #21685
Senior Assistant City Attorneys
City Hall, One Technology Center
175 E. Second Street, Suite 685
Tulsa, Oklahoma 74103
Telephone (918) 596-7717
Facsimile (918) 596-9700
mmcgrew@cityoftulsa.org
kgray@cityoftulsa.org